UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GARY LESTER, )<br>)<br>    Defendant. ) | NO. 3:16-cr-00147-5<br>CHIEF JUDGE CRENSHAW |

**<u>ORDER</u>**

The sentencing hearing currently scheduled for **December 1, 2017,** at 2:00 p.m., is reset for the same day at **10:30 a.m.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE