UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:16-cr-00147-5 |
| | ) | CHIEF JUDGE CRENSHAW |
| GARY LESTER, | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing currently scheduled for **December 1, 2017,** at 2:00 p.m., is reset for the same day at **10:30 a.m.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE